No. 917. COCKE ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Homer L. Bruce* for petitioners. *Solicitor General Griswold, Assistant Attorney General Walters, Grant W. Wiprud,* and *Stuart A. Smith* for the United States. ■■